KNIGHT & DE MICCO, INC., Appellant, *v.* FREDERICK N. LEWIS, Respondent.

*Contract — where subcontractor bound by general conditions of principal contract.*

*Knight & De Micco, Inc.,* v. *Lewis,* 182.App. Div. 884, affirmed.

(Argued.April 20, 1920; decided May 7, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1918, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. This action was brought to recover damages for increased cost and for extra work caused by delay in the performance of a contract between the plaintiff, as subcontractor, and the defendant, as contractor with the city of East.Orange, N. J., for laying water .mains in conformity with the city's plans and specifications. The principal question was whether or not the plaintiff as subcontractor was bound by the general conditions of the principal contract between the defendant and the city of East Orange, a clause of which read as follows: " No charge will be made by the contractor for any damage or delay that may occur during the progress of the work, but if such damage or delay is due to the direct negligence of the city, then the contractor shall be entitled to an extension of time equal to such delay."

*Abram J. Rose* and *Alfred C. Petté* for appellant.

*Edward M. Grout* and *Paul Grout* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.